UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JUAN ALBERTO SAVON GOMEZ,

      Petitioner,

    v.

WARDEN, FLORIDA SOFT SIDE
SOUTH DETENTION CENTER,
U.S. ATTORNEY GENERAL,

      Respondents,

Case No. 2:26-cv-2017-KCD-KRH

/

## **ORDER**

Petitioner Juan Alberto Savon Gomez has filed this habeas corpus action to challenge his immigration custody. He claims the Government is detaining him beyond what the Fifth Amendment allows. (Doc. 1.) This is Gomez's second habeas petition. *Savon-Gomez v. Warden, Soft Florida Detention Facility*, Case No. 2:26-cv-1591-KCD-KRH, Doc. 10 (M.D. Fla. June 5, 2026). The first action was denied because the presumptively reasonable period for detention outlined *Zadvydas v. Davis*, 533 U.S. 678 (2001) had not yet passed. The same problem remains. Gomez has been detained less than six months, so his petition is premature.

Accordingly, for the same reasons as before, the habeas petition is **DENIED WITHOUT PREJUDICE**. Gomez can refile a new petition should his current detention be unimpeded and he can demonstrate there is no

significant likelihood of removal in the reasonably foreseeable future. The

Clerk is **DIRECTED** to enter judgment accordingly, terminate any pending

motions and deadlines, and close the case.

ORDERED in Fort Myers, Florida on June 28, 2026.

Kyle C. Dudek
United States District Judge